No. 4109.—El Pueblo, apldo., v. Paredes, aplte.—C. D. Mayagüez. ▆▆▆▆▆▆ Abril 23, 1930.

(Por la corte, a propuesta del Juez Presidente Señor del Toro.)

A la moción del fiscal solicitando la desestimación del recurso—cuya transcripción quedó debidamente radicada en esta corte el 6 de marzo último—por no haberse presentado dentro del término reglamentario el alegato del apelante, habiéndose presentado dicho alegato antes de la vista de la moción y habiéndose alegado por escrito y bajo juramento razones que tienden a justificar la dilación de algunos días en el archivo del mismo y el propósito de proseguir la apelación: no ha lugar.

No. 5293.—Monge, apldo., v. Piñero, aplte.—C. D. San Juan. ▆▆▆▆▆ Abril 23, 1930.

(Por la corte, a propuesta del Juez Presidente Señor del Toro.)

Apareciendo que la transcripción de los autos no se ha archivado dentro del término de ley, debe desestimarse como se desestima el recurso.

No. 4104.—El Pueblo, apldo., v. Buxó, aplte.—C. D. Humacao. ▆▆▆▆▆ Abril 23, 1930.

(Por la corte, a propuesta del Juez Presidente Señor del Toro.)

Sin lugar la reconsideración.